JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAGOMED MARZIEV,
Petitioner,
v.
ERNESTO SANTACRUZ, JR. et al.,
Respondent.

Case No. 5:26-cv-03415-MAR

JUDGMENT

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Magomed Marziev (A# 241-673-858)** from custody on his prior conditions of release. Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. When Petitioner is not yet subject to a final order of removal, Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral decisionmaker at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The

Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: July 31, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge